# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STEVEN BRETT DYKES AND APRIL
VARNADOE DYKES

VERSUS

MARJOLEIN BIBI BRONSWIJK
WOLKE AND JOSEPH HERMANN
MEINDERT WOLKE, TERMINIX
INTERNATIONAL INC., RIVER
CITY TERMITE & PEST CONTROL,
INC.

NO. 2020 CW 1258

**JUNE 3, 2021**

---

In Re:    Marjolein Bibi Bronswijk Wolke and Joseph Hermann
          Meindert Wolke, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 682635.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT GRANTED.** We reverse the judgment of the trial court
that denied the motion for summary judgment filed by Marjorie
Bibi Bronswijk Wolke and Joseph Hermann Mendert Wolke seeking
dismissal from this litigation. The Wolkes have successfully
pointed out that Steven Brett Dykes and April Varnadoe Dykes
lack factual support to prove essential elements of their
claim, namely fraud or bad faith. Concluding there exist no
genuine issues as to material fact and that the Wolkes are
entitled to judgment as a matter of law, we grant their motion
for summary judgment. The claims of Steven Brett Dykes and
April Varnadoe Dykes against Marjorie Bibi Bronswijk Wolke and
Joseph Hermann Mendert Wolke in this litigation are dismissed
with prejudice.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT